

# Fourth Court of Appeals
## San Antonio, Texas

October 25, 2018

No. 04-18-00183-CR

Cornell Jackie **DRUMMER,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 1991CR1948A
Honorable Lorina I. Rummel, Judge Presiding

## O R D E R

Sitting:       Karen Angelini, Justice
                Marialyn Barnard, Justice
                Luz Elena D. Chapa, Justice

On June 8, 2018, appellant's counsel filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). On August 31, 2018, appellant filed a pro se brief requesting oral argument. On October 2, 2018, this court denied appellant's request for oral argument and set this appeal for on briefs submission. Appellant has now filed a pro se motion requesting this Court to reconsider its determination that oral argument will not significantly aid the Court in determining the legal and factual issues presented in the appeal. *See* TEX. R. APP. P. 39.1. Appellant's motion to reconsider is DENIED.

It is so **ORDERED** on October 25, 2018.

**PER CURIAM**

ATTESTED TO: _____
                Keith E. Hottle
                Clerk of Court

